# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TERMAINE CLAIBORNE,

    Plaintiff,

v.                                                Case No: 8:16-cv-2382-T-30TBM

EMPERORS TAMPA, INC.,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement, Dismissal of this Matter (Dkt. 23).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.    The Joint Motion for Approval of Settlement, Dismissal of this Matter (Dkt. 23) is GRANTED.

2.    The settlement agreement is approved.

3.    This case is dismissed with prejudice.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of October, 2017.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record